IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA      :
                                   :
                                   :
       vs.                         :  Case No. 5:05-CR-99-HL
                                   :
DOUGLAS LEROY BEATTY       :
_____   :

STIPULATION AND ORDER FOR SUBMISSION OF
SUPPLEMENTAL RECORD ON APPEAL

In light of the Court of Appeals' Order dated April 25, 2007, the government has

requested that a supplemental record of the documents in the revocation proceeding be

prepared and submitted to the Clerk of the Court of Appeals.  Counsel of record for the

defendant concurs.  Now therefore in accordance with Fed. R. App. P. 10(e)(2)(A) it is

hereby STIPULATED AND AGREED that the Clerk shall prepare and submit a

supplemental record that addresses the revocation proceedings conducted under Case No.

5:90-CR-37-HL, specifically the Petition for Action on Supervised Release filed on

September 28, 2005, and the Judgment entered on November 8, 2006, along with a

certified copy of the docket sheet.  The Court approves the stipulation and SO ORDERS.

This 12th day of June, 2007.


*s/   Hugh Lawson*_____
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

SUBMITTED BY AGREEMENT AND WITH PERMISSION:


_____
s/Dean S. Daskal
DEAN S. DASKAL
ASSISTANT UNITED STATES ATTORNEY


_____
s/John Philip Fox (by Dean S. Daskal, with permission)
JOHN PHILIP FOX
ATTORNEY FOR DEFENDANT BEATTY